**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR70 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH T. PEARCE, II, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on the defendant's Amended Unopposed Motion to Continue Trial [30]. For the reasons set forth in the motion and for good cause shown,

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [30] is granted as follows:

1. The jury trial, now set for August 16, 2022, is continued to **October 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. Unopposed Motion to Continue [29] is denied as moot.

**DATED: July 29, 2022**

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**